IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JOHN DILLARD, et al.,          )
                               )
    Plaintiffs,                )
                               )
    v.                         )          CIVIL ACTION NO.
                               )          2:87cv1230-MHT
TOWN OF HAYNEVILLE,            )               (WO)
                               )
    Defendant.                 )


FINAL JUDGMENT

Pursuant to the joint motion to show cause as to why

this case should not be dismissed (Doc. No. 2), an order

was entered on February 21, 2007 (Doc. No. 3), directing

defendant Town of Hayneville to show cause, if any there

be, in writing by April 18, 2007, as to why said motion

should not be granted.  No response has been filed by

defendant.

There being no objection to the show-cause order and

the final dismissal of this action, and Alabama Act No.

2006-252 having received preclearance, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to show cause as to why this case should not be dismissed (Doc. No. 2) is granted.

(2) It is DECLARED as the judgment of this court that Alabama Act No. 2006-252 provides state legislative authority for the method of election and number of seats prescribed by the consent decree the court entered on September 29, 1988 providing that the Town Council of the Town of Hayneville consist of five members elected from two multi-member districts, one of two members and the other of three members, with all members so elected to continue to serve four-year terms.

(3) The injunction contained in the prior judgment of the court to the extent it pertains to defendant Town of Hayneville is dissolved.

(4) All claims against defendant Town of Hayneville in this action are dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 20th day of April, 2007.


____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE